# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |
|---|---|
| CHERONDA HENRY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 20-cv-00616-CG-B |
| CIGNA-CAREALLIES, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the court on the parties Joint Stipulation of Dismissal without Prejudice (Doc. 13). Accordingly, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), it is **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED WITHOUT PREJUDICE**, with each party is to bear its own costs.

**DONE** and **ORDERED** this 12th day of July, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE